# STATE OF MICHIGAN

# COURT OF APPEALS

CHRISTOPHER HOLCOMB,

       Plaintiff-Appellant,

v

GWT, INC. d/b/a MOOSE TRAXX GRILL & BAR,

       Defendant-Appellee,

and

PATRICK FRANCIS O'DONNELL and JAMES PATRICK O'DONNELL,

       Defendants/Cross-Defendants.

UNPUBLISHED
March 1, 2016

No. 325410
Macomb Circuit Court
LC No. 2013-002409-NI

Before: GLEICHER, P.J., and JANSEN and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*)

       I concur in the result only.

       /s/ Douglas B. Shapiro

-1-